EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE R. LESTON,<br>     Plaintiff,<br><br>v.<br><br>STAMFORD HOSPITAL,<br>     Defendant. | Civil Action No.<br><br>3:15-cv-01260 (AVC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action asserted therein be dismissed, with prejudice, and with no attorneys' fees or costs to any party.

FOR PLAINTIFF,
JOSE LESTON

By: _/s/ Laura A. Goldstein_
Laura A. Goldstein (ct15398)
Collins Hannafin, P.C.
148 Deer Hill Avenue
Danbury, CT 06810
Tel: (203) 744-2150
Fax: (203) 791-1126
lgoldstein@chlaw-ct.com

FOR DEFENDANT,
STAMFORD HOSPITAL

By: _/s/ Justin E. Theriault_
Justin E. Theriault (ct28568)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06903
Tel: (860) 522-0404
Fax: (860) 247-1330
justin.theriault@jacksonlewis.com